IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA

8673 FIGLAND AVENUE,
PENSACOLA, FLORIDA

Case No. 3:24mj236/ZCB

## ATTACHMENT C

### AFFIDAVIT

Your affiant, Adam K. Zeithammel, being duly sworn, deposes and states the

following:

### Agent Background

1.       Your affiant is a Special Agent with the United States Department of

Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").  Your

affiant has been an ATF Special Agent assigned to the Pensacola Field Office since

2015.  Prior to this employment, your affiant worked for the United States Air

Force in a civilian capacity from 2013 to 2015 and served on active duty as an Air

Force officer from 2007 to 2013.

2.       Your affiant has received training in federal firearms laws and

regulations at the ATF National Academy and Federal Law Enforcement Criminal

Investigator Training Program.  Your affiant has investigated over one hundred

cases involving federal firearms violations, including unlawful sales, possession,

manufacturing, and transportation of firearms.  Your affiant has participated in a



variety of different aspects of those investigations, including surveillance, undercover operations to conduct controlled purchases of firearms, interviewing suspects, and the execution of search and arrest warrants.  Your affiant has written numerous affidavits for search warrants and criminal complaints relating to firearms offenses.

3.      Your affiant has participated in investigations of individuals who have violated state and federal laws, particularly those laws found in Titles 18 and 21 of the United States Code.  Your affiant has conducted and participated in ATF controlled operations where confidential informants and undercover agents were utilized to purchase firearms and narcotics.  Your affiant has conducted and participated in surveillance operations that yielded information pertaining to firearms and narcotics laws violators.  Your affiant has written criminal complaint affidavits and search warrant affidavits and obtained search warrants for, among other things, residences, electronic devices, social media user accounts, and information pertaining to the location of cellular telephones.  Your affiant has participated in the execution of search warrants wherein firearms, ammunition, large quantities of narcotics, currency, tools, paraphernalia, and records of firearms and narcotics trafficking have been recovered.  Your affiant has conducted and participated in the arrests of firearms and narcotics law violators.  Your affiant has had conversations with other experienced agents regarding illicit firearms

2

possession and narcotics trafficking activities, and the many different techniques used to investigate firearms and narcotics law violators.

4.      This Affidavit is made in support of a search warrant for the residential address of D'Antonio WARREN ("WARREN"), that is located at 8673 Figland Avenue, Pensacola, Florida, as further described in Attachment A, and hereinafter referred to as "**TARGET PREMISES**." This affidavit is made in support of authorization to search the **TARGET PREMISES** for those things identified in Attachment B, which constitute evidence of criminal activity. The warrant is being sought in connection with an ATF investigation into WARREN's involvement in the following offense against the United States: possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). The following is based on your affiant's own investigation or was provided to your affiant by other law enforcement officers. Since this affidavit is for a limited purpose, your affiant has not included every fact known about this investigation, but rather, only those facts necessary to establish probable cause for the requested search warrant.

## **RELEVANT FACTS OF THE INVESTIGATION**

5.      On or about February 20, 2023, an Escambia County Sheriff's Office ("ECSO") Investigator reviewed a video posted to WARREN's Snapchat social media account depicting the hand of a black male holding a handgun with a Pro

Mag drum-style magazine; the individual was wearing camouflage clothing.  The

following day, on or about February 21, 2023, the investigator observed an

additional video posted to WARREN's Snapchat account, which depicted

WARREN wearing camouflage overalls and a white tank top.  Later that evening,

an ECSO patrol deputy observed WARREN operating a white pickup truck while

not wearing a safety belt.  The patrol deputy initiated a traffic stop; however,

WARREN continued driving at a slow rate of speed in the neighborhood near the

TARGET PREMISES before ultimately stopping at the TAREGET PREMISES.

Investigators retraced WARREN's path of travel and located a Taurus 9mm pistol

and Pro Mag drum-style magazine (containing 9mm ammunition) on the grass at

an intersection near the TARGET PREMISES.  During a post-Miranda statement,

WARREN admitted that he is a convicted felon, but denied possessing of any

firearms.  A review of the patrol deputy's dash-camera video depicts the subject

Taurus 9mm pistol with inserted Pro Mag drum-style magazine hit the ground and

break apart as WARREN's vehicle turned through the intersection.

6.      The Taurus 9mm pistol, Pro Mag magazine, and 9mm ammunition

were collected by ECSO investigators.  The firearm was later swabbed for DNA

evidence by the ECSO Forensic Services Crime Laboratory.  A Florida

Department of Law Enforcement ("FDLE") Special Agent obtained a state search

warrant authorizing the collection of DNA from WARREN.  Pursuant to this

4

search warrant, buccal swabs were collected from WARREN on or about September 19, 2023, which were then submitted to the FDLE Laboratory for comparison to the swabs of the Taurus 9mm pistol.  On or about November 20, 2023, an FDLE lab report was issued, which states that the buccal swab of WARREN is included as a possible contributor from the Taurus 9mm pistol. Specifically, lab report states that "the observed mixed DNA profile is greater than 700 billion times more likely to occur if the sample originated from D'Antonio Warren and two unrelated individuals than from three unrelated individuals."

7.      On or about August 29, 2023, in case 2023 CF 738 In the First Judicial Circuit, In and For Escambia County (Florida), WARREN was placed on state probation for a term of 12 months after pleading nolo contendere to a misdemeanor charge of Resisting an Officer Without Violence.  On or about January 17, 2024, a violation of probation was filed against WARREN after he was arrested by ECSO patrol deputies on or about December 29, 2023, for Trafficking in Methamphetamine, Possession of Cocaine, and Possession of Marijuana. Notably, WARREN was arrested after allegedly discarding approximately 57 grams of methamphetamine in a yard during a traffic stop.

8.      On or about July 16, 2024, WARREN was indicted by a federal grand jury in the Northern District of Florida for one count of possession of a firearm by

a convicted felon in violation of Title 18, United States Code, Section 922(g)(1), and a warrant was issued for his arrest (Case No. 3:24cr57).

9.      On or about July 30, 2024, a team of ATF special agents, ECSO investigators, and an FDLE special agent planned an arrest operation for WARREN at the TARGET PREMISES.  Your affiant also advised WARREN's state probation officer of the planned arrest, so several probation officers were waiting nearby and advised your affiant they planned to do a probationary search of the TARGET PREMISES if WARREN was present.At approximately 7:30 am, WARREN was observed on the front porch of the TAREGET PREMISES by a member of the arrest team conducting surveillance.  At approximately 7:40 am, the arrest team arrived at the target premises to find that WARREN had apparently gone inside.  Agents knocked loudly at the front of the house, announced their presence, and commanded WARREN to exit the residence.  After a delay and not getting a response from WARREN, agents continued to knock and call on WARREN to exit the residence.  As agent's were preparing to breach the door, WARREN spoke to officers through the surveillance doorbell and advised he was coming out.  After further delay, agents continued to call on WARREN to exit the residence.  He again stated he was about to exit the residence, then eventually opened the front door and stepped outside where he was taken into custody. Attention of the agents was immediately redirected to the residence where four

6

juveniles were observed inside, one of which was 16 years old. Agents asked the occupants to step outside. To ensure there were no additional juveniles or children inside the residence and to ensure the residence was secure for the state probation officers, ATF agents briefly walked through the residence to look for persons.

10.    The state probation officers arrived while WARREN was detained at the TARGET PREMISES and entered the residence to conduct a warrantless planned search pursuant to the terms of the Order of Probation. One of the probation officers asked WARREN which bedroom was his, and he indicated it was the back right room. A short time later, one of the probation officers advised your affiant that a sock containing .45-caliber ammunition was located in WARREN's bedroom. Agent's asked the probation officers to cease searching so they could apply for a search warrant for the TARGET PREMISES.

11.    Through training and experience, your affiant knows that individuals that possess firearms typically store their firearms and ammunition in their homes. They store their firearms and ammunition in their homes for a number of reasons, including, to safely and securely store the firearm, for quick access to the firearm for personal and property protection, and for convenient access for use of firearms for sporting purposes.

12.    Through training and experience, your affiant knows that individuals that possess firearms often maintain records related to firearms transaction and

ownership, such as receipts, manuals, and other documentation. Additionally, individuals that possess firearms typically possess firearm parts and accessories, to include storage containers, holsters, magazines, and spare firearm parts for replacement and modification.

13.     Through training and experience, your affiant knows individuals who possess firearms also use electronic devices, such as cellular telephones, to take photographs of firearms, conduct internet searches related to firearms, and communicate through text messages, e-mail, and social media with others regarding their possession of firearms, and to coordinate the transfer of firearms.

## Conclusion

14.     Based upon all the information outlined in this affidavit, your affiant respectfully submits that WARREN was involved in the following offenses against the United States: possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), and there is probable cause to believe that evidence, fruits, proceeds, or instrumentalities of said violation are concealed in the **TARGET PREMISES**. Accordingly, your affiant respectfully requests the issuance of a search warrant authorizing the search of the TARGET PREMISES, as described in Attachment A, and the seizure of the items described in Attachment B.

8

ADAM K. ZEITHAMMEL
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives


Telephonically subscribed and sworn to before me this ___30ᵗʰ___ day of July, 2024.


ZACHARY C. BOLITHO
United States Magistrate Judge

9